# DIEDERICH LAW OFFICE

361 Route 210
Stony Point, NY 10980
(845) 942-0795
(845) 942-0796 (fax)
Mike@DiederichLaw.com

Michael Diederich, Jr., Esq.*
Donald Mallo, Esq.
  Of Counsel
Vanessa Castellina, Esq.**
  Of Counsel
Mike Wolf, Esq.
  Of Counsel

*Practice concentrating in employment law, civil rights, & military law*

\* Admitted in NY & Mass.
\*\* Admitted in NY & NJ

VIA ECF

September 7, 2025

Hon. Kenneth M. Karas, USDJ
United States District Court, SDNY
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

    Re: Griffin v. Town of Chester et al, 7:25-cv-05506-KMK,
    <u>Request to adjourn initial conference</u>

Dear Judge Karas:

    This office represents the Plaintiff, Nicole Griffin. The court set the initial conference in the above matter for September 17, 2025, at 11:00 a.m.

    I am engaged at the Appellate Division, First Department appeal (*Mirza v. College*) at 2 p.m. in Manhattan, and, accounting for travel time, could miss that court obligation.

    Thus, I request the initial conference be moved to an earlier time on Sept 17th, or to a different date (other than the morning of Sept 25th, when I am also engaged).

    Please note that mediation is being scheduled in this matter, and a mediator will be assigned NLT September 16th. Therefore, after consulting with opposing counsel, neither party objects to the initial conference being held after mediation is conducted.

    The Court's consideration is appreciated.

In light of the pending mediation, the September 17 conference is adjourned to 11/12/25, at 12:00 via teleconference. So Ordered. 9/8/25

Respectfully submitted,

/s/ *Michael Diederich, Jr.*
Michael Diederich, Jr.